IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEROY KEITH,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:17-cv-164

Magistrate Judge Michael J. Newman
(Consent case)

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 16); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $3,815.00**

---

This Social Security disability benefits appeal is before the Court on Plaintiff's counsel's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $3,815.00. Doc. 16. The Commissioner responded to Plaintiff's counsel's motion noting it will not object to an award to Plaintiff of fees in the amount of $3,815.00. Doc. 17. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** Plaintiff's counsel's unopposed motion (doc. 16); and (2) **AWARDS** EAJA fees in the amount of $3,815.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date: July 18, 2018                         *s/ Michael J. Newman*
                                                      Michael J. Newman
                                                      United States Magistrate Judge